FILED
2007 OCT 10 PM 1:14
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____CP_____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 2150 SIGOURNEY JOSSIAH - FRANCIS LEE ASSOCIATION, SUING ON BEHALF OF THEODORE A. PINNOCK AND ITS MEMBERS; and THEODORE A. PINNOCK, An Individual,<br>    Plaintiffs,<br> v.<br>ALADDIN CLAIREMONT & MARKET, INC., d.b.a. ALADDIN CAFÉ; DARYL L. BEVER d.b.a. MY YOGURT PLACE; PHUONGNGOC HO TRAN d.b.a. JESSI NAILS II; THANG NHAT TRAN d.b.a. JESSI NAILS II; GLOBUS TRAVEL, INC., A California Corporation; HANH THI TRAN d.b.a. THE HAIR DELIGHT; PHO TU DO, A California Corporation; MARICELA ZARAGOZA d.b.a. PETLAND GROOMING; STEPPING STONE REALTY; ERNIE'S ALTERATIONS; EDELWEISS FLOWER SALON, A California Corporation; OLGA KORMUSKINA d.b.a. EDELWEISS FLOWERS; NATALIA STEPANOVA d.b.a. EDELWEISS FLOWERS; NAKODAR, INC., A California Corporation, d.b.a. INDIA SWEETS & SPICES & VIDEO RENTAL; KEN GILDEN d.b.a. CHIRO HEALTH CENTER a.k.a. GILDEN CHIROPRACTIC; CASKETS FOR LESS, LLC; PAUL R. INSANA d.b.a. RAINBOW SERVICE CENTER; TOURAN DAVOUDI, D.D.S. DENTAL CORPORATION d.b.a. MESA FAMILY DENTISTRY a.k.a. MESA FAMILY DENTAL; CIF HOLDINGS, L.P., d.b.a. CLAIREMONT MESA TOWN & COUNTRY SHOPPING CENTER; CIF HOLDINGS, L.P.; And DOES 1 THROUGH 10, Inclusive,<br>    Defendants. | Case No.: 06CV2306 W (WMc)<br><br>ORDER DISMISSING DEFENDANT CIF HOLDINGS, L.P. AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY<br><br>[Fed.R.Civ.P. Rule 41(a)(2)] |

1     **IT IS HEREBY ORDERED,** pursuant to the Joint Motion For Dismissal on file herein,
2 that Defendant CIF HOLDINGS, L.P is dismissed with prejudice from Plaintiffs' Complaint.
3 Additionally, Plaintiffs' Complaint is dismissed with prejudice in its entirety.

5 **IT IS SO ORDERED.**

7 Dated: 10/9/07

        HONORABLE THOMAS J. WHELAN
        UNITED STATES DISTRICT COURT JUDGE